IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. SHAUNA HLYWIAK, <br>    Plaintiff, <br> v. <br>GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., et al., <br>    Defendants. | Civil No. 20-13590 (RMB/KMW) |
| SIENNA LYONS, et al., <br>    Plaintiffs, <br> v. <br>GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., et al., <br>    Defendants. | Civil No. 21-1047 (RMB/KMW) |
| VICTORIA GALLAGHER, et al., <br>    Plaintiffs, <br> v. <br>NAVIENT CORPORATION, et al., <br>    Defendants. | Civil No. 21-1052 (RMB/KMW) <br><br>**ORDER TO SHOW CAUSE** |

THIS MATTER comes before the Court upon its own motion. Having reviewed the Complaints in these three actions, the Court finds a significant overlap in the issues presented, Defendants, and counsel. As such, the Court finds that all three cases would likely benefit from consolidating the proceedings.

1

ACCORDINGLY, IT IS HEREBY, on this **30th** day of **March 2021**,

**ORDERED** that all parties shall show cause, within 14 days from the date of this order, why the Court should not issue an order consolidating these actions.

s/Renée Marie Bumb
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE